**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BENITA VERONICA SHREEVE;
STEVEN PAUL HUTCHINGS; JOSEPH
L. ONWUDE; and HELEN M.
ONWUDE,

               Plaintiffs,

vs.                                 Case No. 6:12-cv-655-Orl-37KRS

MAESBURY HOMES, INC. and
VANGUARD TITLE, LLC,

               Defendants.

_____

**ORDER**

This cause is before the Court on the following:

1.     Plaintiffs Joseph L. Onwude and Helen M. Onwude's Response to Order and Supporting Memorandum of Legal Authority (Doc. 25), filed December 7, 2012;

2.     Plaintiffs Shreeve and Hutchings' Omnibus Response to Order, Notice of Election of Remedies, Assessment of Damages and Supporting Memorandum of Legal Authority (Doc. 26), filed December 7, 2012;

3.     Report and Recommendation (Doc. 28), filed March 29, 2013; and

4.     Report and Recommendation (Doc. 29), filed March 29, 2013.

The Clerk has entered default against Defendant Maesbury Homes, Inc. (Doc. 17.) Magistrate Judge Karla R. Spaulding entered a Report and Recommendation (R&R) suggesting that this Court grant in part and deny in part Plaintiffs' motions for default judgment. (Doc. 23.) The Court adopted that R&R, finding that Defendant

Maesbury Homes, Inc. was: (1) liable for a Fla. Stat. § 718.202 violation but not breach of contract as to Plaintiffs Joseph L. Onwude and Helen M. Onwude; and (2) liable for both a Fla. Stat. § 718.202 violation and breach of contract as to Plaintiffs Benita Veronica Shreeve and Steven Paul Hutchings. (Doc. 24.)

Plaintiffs now move for an assessment of damages against Defendant Maesbury Homes, Inc. (Docs. 25, 26.) Magistrate Judge Spaulding has entered R&Rs recommending that the Court grant those motions. (Docs. 28, 29). Upon a fairness review of the record and with no objections having been filed, this Court agrees with the Magistrate Judge as to the assessment of damages. The Court therefore adopts the R&Rs to the extent that they assess the damages to which Plaintiffs are entitled from Defendant Maesbury Homes, Inc.

However, insofar as the R&Rs recommend that the Court direct the Clerk to enter partial judgment against Defendant Maesbury Homes, Inc., the Court declines to adopt those portions. *See* 28 U.S.C. § 636(b)(1) (noting that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge"). Because this suit continues to proceed against Defendant Vanguard Title, LLC, the Court will not enter a piecemeal judgment against only one Defendant at this time. Once this action has been adjudicated in full, the Court will direct the Clerk to enter final judgment. *See* Fed. R. Civ. P. 54(b) (noting that, absent an express finding that there is no just reason for delay, the entry of final judgment should only be made after all claims have been adjudicated).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.      Plaintiffs Joseph L. Onwude and Helen M. Onwude's Response to Order and Supporting Memorandum of Legal Authority (Doc. 25) and Plaintiffs

Shreeve and Hutchings' Omnibus Response to Order, Notice of Election of Remedies, Assessment of Damages and Supporting Memorandum of Legal Authority (Doc. 26), construed as motions for assessment of damages, are **GRANTED**.

2.   The Court finds that Plaintiffs Joseph L. Onwude and Helen M. Onwude are entitled to damages from Defendant Maesbury Homes, Inc., equal to their deposit in the amount of $45,179.20 and costs in the amount of $215.00. The Court finds that Plaintiffs Benita Veronica Shreeve and Steven Paul Hutchings are entitled to damages from Defendant Maesbury Homes, Inc., equal to their deposit in the amount of $45,827.60, with prejudgment interest calculated at the Florida statutory rate, and costs in the amount of $215.00.

3.   To the extent that Report and Recommendation (Doc. 28), as to the Onwudes, and Report and Recommendation (Doc. 29), as to Shreeve and Hutchings, recommend that the Clerk enter partial judgment against Defendant Maesbury Homes, Inc., the Court **REJECTS** those portions. In all other respects, they are **ADOPTED** and **CONFIRMED** and made a part of this Order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 17, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Honorable Karla R. Spaulding